MENG XI (280099)
mxi@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

MAX L. TRIBBLE, JR. (326851)
mtribble@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: SUBPOENA TO GOOGLE, LLC, | Case No. 5:20-mc-80219-MISC |
| IN CONNECTION WITH: | Case No. 2:19-cv-00372-JRG |
| SPACETIME3D, INC. | |
| Plaintiff, | Pending in The United States District Court for the Eastern District of Texas, Marshall Division |
| vs. | **DECLARATION OF MENG XI IN SUPPORT OF SPACETIME3D'S MOTION TO COMPEL GOOGLE, LLC'S DEPOSITION TESTIMONY** |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., | |
| Defendants. | |

I, Meng Xi, declare as follows:

I am an attorney at the law firm Susman Godfrey, L.L.P. and am counsel of record for Plaintiff SpaceTime3D, Inc. ("SpaceTime3D") in the above-entitled action and in the underlying action, case No. 2:19-cv-00372-JRG, pending in the Eastern District of Texas, Marshall Division (the "Underlying Action"). I submit this declaration in support of SpaceTime3D's Motion to Compel Deposition Testimony against Google, LLC. I have personal, first-hand knowledge of the facts set forth in this declaration and could testify competently to them.

1. Attached hereto as **Exhibit 1** is a true and correct copy of the Complaint and Exhibits A, B, and C thereto in the Underlying Action.

2. Attached hereto as **Exhibit 2** is a true and correct copy of SpaceTime3D's Subpoena to Testify at a Deposition in a Civil Action to Google, LLC, dated November 3, 2020.

3. Attached hereto as **Exhibit 3** is a true and correct copy of the affidavit of service of said subpoena, indicating that it was served on Google, LLC on November 3, 2020.

4. Attached hereto as **Exhibit 4** is a true and correct copy of a screenshot of the Chromium Project landing page, https://www.chromium.org, captured on December 11, 2020.

5. Attached hereto as **Exhibit 5** is a true and correct copy of the transcript of the deposition of Dirk Pranke that I conducted via videoconference on December 4, 2020.

6. It is my understanding that Mr. Pranke was located in the Northern District of California at the time of the deposition.

7. During the deposition, Google's counsel repeatedly (a) objected to questions that she argued were outside the scope of the Rule 30(b)(6) topics, and (b) instructed Mr. Pranke not to answer certain questions on the same basis. In response, I explained the legal impropriety of the objections and instructions to Mr. Pranke not to answer. Specifically, both on and off the record, I laid out my understanding that the topics were within the scope of the Noticed Topics, that a Rule 30(b)(6) representative may not decline to answer a deposition question on the basis that it exceeds the scope of the Rule 30(b)(6) topics, and that an objection grounded in scope is not a proper basis for an instruction to a deposition witness not to answer. Google's counsel did not demonstrate a willingness to further negotiate on these matters, and, in my opinion, further discussion would not have been fruitful in resolving the disagreement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed this 14th day of December, 2020, in Los Angeles, California.

                                        */s/ Meng Xi*
                                        Meng Xi

## PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action; my business address is 1301 Avenue of the Americas, 32nd Floor, New York, New York 10019.

On December 14, 2020, I served the foregoing document(s) described as follows:

**DECLARATION OF MENG XI IN SUPPORT OF SPACETIME3D, INC.'s ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as follows:

____ BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at New York, New York in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ BY PERSONAL SERVICE:
I caused to be delivered such envelope by hand to the offices of the addressee.

____ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

____ BY FAX
I served by facsimile as indicated on the attached service list.

__XX__ BY ELECTRONIC MAIL
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

_____ (State) I declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

__XX__ (Federal) I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 14, 2020, at New York, New York.

_____
Eve Levin

# SERVICE LIST

**Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.:**

Mark D Fowler
Aaron Wainscoat
Brent K Yamashita
Erik R Fuehrer
Harpreet Singh
Jonathan Hicks
Robert Buergi
DLA Piper US LLP - Palo Alto
2000 University Ave
Palo Alto, CA 94303
650-833-2000
Fax: 650-833-2001
mark.fowler@dlapiper.com
aaron.wainscoat@dlapiper.com
brent.yamashita@dlapiper.com
erik.fuehrer@dlapiper.com
harpreet.singh@us.dlapiper.com
jonathan.hicks@dlapiper.com
robert.buergi@dlapiper.com
Samsung-SpaceTime3D-DLA@us.dlapiper.com

Kevin Hamilton
Susan Acquista
DLA Piper US LLP - San Diego
401 B Street, Suite 1700
San Diego, CA 92101
619-699-2700
Fax: 619-699-2701
kevin.hamilton@us.dlapiper.com
susan.acquista@us.dlapiper.com

Harry Lee Gillam , Jr.
Melissa Richards Smith
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
903-934-8450
Fax: 903-934-9257
gil@gillamsmithlaw.com
melissa@gillamsmithlaw.com

1 | **Counsel for Google, LLC:**
2 |
3 | Krista Schwartz
Katy L. Rankin
Hogan Lovells US LLP
4 | 3 Embarcadero Center #1500
San Francisco, CA 94111
5 | Telephone: (415) 374-2300
Krista.schwartz@hoganlovells.com
6 | katy.rankin@hoganlovells.com