MENG XI (280099)
mxi@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150

MAX L. TRIBBLE, JR. (326851)
mtribble@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas  77002-5096
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: SUBPOENA TO GOOGLE, LLC, IN CONNECTION WITH: SPACETIME3D, INC.<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. 5:20-mc-80219-MISC<br><br>Case No. 2:19-cv-00372-JRG<br><br>Pending in The United States District Court for the Eastern District of Texas, Marshall Division<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5(e), SpaceTime3D seeks leave to file under seal Exhibit 5 to the Xi Declaration, the transcript of the deposition of Google, LLC's Rule 30(b)(6) representative Dirk Pranke, which was designated "Confidential" by counsel for Google, LLC.

Accordingly, SpaceTime3D respectfully request that the Court grant Plaintiff's Administrative Motion to File Under Seal.

Dated:  December 14, 2020

MENG XI
SUSMAN GODFREY L.L.P.

By:  */s/ Meng Xi*
MENG XI
Attorney for Plaintiff SpaceTime3D

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action; my business address is 1301 Avenue of the Americas, 32nd Floor, New York, New York 10019.

On December 14, 2020, I served the foregoing document(s) described as follows:

**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as follows:

\_\_\_\_ BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at New York, New York in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_\_ BY PERSONAL SERVICE:
I caused to be delivered such envelope by hand to the offices of the addressee.

\_\_\_\_ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

\_\_\_\_ BY FAX
I served by facsimile as indicated on the attached service list.

  XX  BY ELECTRONIC MAIL
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

\_\_\_\_ (State) I declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

  XX  (Federal) I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 14, 2020, at New York, New York.

_____
Eve Levin

# SERVICE LIST

**Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.:**

Mark D Fowler
Aaron Wainscoat
Brent K Yamashita
Erik R Fuehrer
Harpreet Singh
Jonathan Hicks
Robert Buergi
DLA Piper US LLP - Palo Alto
2000 University Ave
Palo Alto, CA 94303
650-833-2000
Fax: 650-833-2001
mark.fowler@dlapiper.com
aaron.wainscoat@dlapiper.com
brent.yamashita@dlapiper.com
erik.fuehrer@dlapiper.com
harpreet.singh@us.dlapiper.com
jonathan.hicks@dlapiper.com
robert.buergi@dlapiper.com
Samsung-SpaceTime3D-DLA@us.dlapiper.com

Kevin Hamilton
Susan Acquista
DLA Piper US LLP - San Diego
401 B Street, Suite 1700
San Diego, CA 92101
619-699-2700
Fax: 619-699-2701
kevin.hamilton@us.dlapiper.com
susan.acquista@us.dlapiper.com

Harry Lee Gillam , Jr.
Melissa Richards Smith
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
903-934-8450
Fax: 903-934-9257
gil@gillamsmithlaw.com
melissa@gillamsmithlaw.com

**Counsel for Google, LLC:**

Krista Schwartz
Katy L. Rankin
Hogan Lovells US LLP
3 Embarcadero Center #1500
San Francisco, CA 94111
Telephone: (415) 374-2300
Krista.schwartz@hoganlovells.com
katy.rankin@hoganlovells.com